IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION NO.: 2:19-cv-148 |
| v. | |
| GOVERNMENT TRAINING, LLC; and DON DICKERSON, | |
| Defendants. | |

**O R D E R**

This matter is before the Court on the parties' Joint Motion to Accept Proposed Scheduling Order.  Doc. 24-1.  On December 5, 2019 and December 16, 2020, the Court directed the parties to conduct a 26(f) conference and to submit a written report outlining their discovery plan.  Docs. 2, 22.  The Court directed the parties to the Court's website, which contains specific forms for Judge Wood/Judge Cheesbro cases.  Despite these instructions, the parties have submitted a proposed scheduling order which is not in the appropriate format.  The Motion submitted by the parties also lacks crucial dates required by this Court.

The Court **ORDERS** the parties to resubmit their Rule 26(f) report in the appropriate format.  The Report shall conform to the language and format of the Form Rule 26(f) report for

use in Judge Wood/Judge Cheesbro cases located on the Court's website:

www.gasd.uscourts.gov, under "Forms."

    **SO ORDERED**, this 27th day of January, 2021.

                                              BENJAMIN W. CHEESBRO
                                              UNITED STATES MAGISTRATE JUDGE
                                              SOUTHERN DISTRICT OF GEORGIA